MELANIE HILL LAW PLLC
Melanie A. Hill, Esq.
Nevada Bar Number 8796
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel.: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorney for Plaintiff Jody Niemann*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JODY NIEMANN, | Case No. 2:19-cv-00001-APG-BNW |
| Plaintiff, | **STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGMENT [ECF No. 10]** |
| vs. | |
| SGGOAKS ROYAL LINKS, LLC, dba ROYAL LINKS GOLF COURSE, a foreign limited-liability company; SCOTTSDALE GOLF GROUP, INC., a foreign corporation; REDFIELD RL, L.L.C., dba ROYAL LINKS GOLF COURSE, a foreign limited-liability company; | **(First Request)** |
| Defendants. | |

Plaintiff Jody Niemann and Defendants SGGOAKS Royal Links, LLC dba Royal Links Golf Course, Scottsdale Golf Group, Inc., and Redfield RL, L.C.C. dba Royal Links Golf Course (hereinafter referred to collectively as "the Royal Links Defendants"), by and through their respective counsel of record, stipulate and request that the Court extend the deadline for Plaintiff Jody Niemann to file her response to the Royal Links Defendants' Motion for Summary Judgement [ECF No. 10] ("the Motion") filed on April 17, 2019 from the current deadline of May

8, 2019, up to and including June 8, 2019. In support of this stipulation and request to extend the deadline, the parties state as follows:

1. Plaintiff Niemann was served with the Motion in this matter on April 17, 2019, rendering her response to the Motion due by May 8, 2019.

2. Counsel for both parties have conferred regarding Plaintiff Niemann's request for an extension of time, and the Royal Links Defendants' counsel has indicated he has no objection to this request.

3. This request is being brought in good faith and is not sought for any improper purpose or for delay. This request is brought only to provide Plaintiff Niemann's counsel with sufficient time to review and respond to the Motion due to her vacation at the end of April, 2019.

Accordingly, the parties hereby request that Plaintiff's deadline to file a response to the Motion be extended to June 8, 2019.

DATED this 8th day of May, 2019.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MELANIE HILL LAW PLLC | KOLESAR & LEATHAM |
| /s/ Melanie Hill | /s/ Matthew Dushoff |
| Melanie A. Hill, Esq. (NV Bar No. 8796)<br>520 S. 7th Street, Suite A<br>Las Vegas, NV 89101<br>Melanie@MelanieHillLaw.com<br>*Attorney for Plaintiff Jody Niemann* | Matthew Dushoff, Esq. (NV Bar No. 4975)<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, NV 89145<br>mdushoff@klnevada.com<br>*Attorney for the Royal Links Defendants* |

IT IS SO ORDERED.

Dated: May 14, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE