UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JODY NIEMANN, | Case No. 2:19-cv-00001-APG-BNW |
| Plaintiff, | ORDER |
| v. | |
| SSGOAKS ROYAL LINKS, LLC, et al., | |
| Defendants. | |

It appears from a review of the case that this matter has been settled; however, there is no stipulation to dismiss on file.  Accordingly,

**IT IS ORDERED** that the parties shall file either a stipulation to dismiss no later than August 16, 2019.  Alternatively, the parties shall file a joint status report as to the status of this case and what the parties need to bring this case to conclusion.

DATED this 2nd day of August, 2019.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE