MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
JENNIFER L. MICHELI, ESQ.
Nevada Bar No. 011210
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: mdushoff@klnevada.com
jmicheli@klnevada.com

*Attorneys for Defendants*
*SGGOAKS Royal Links, LLC, dba Royal Links*
*Golf Course, Scottsdale Golf Group, Inc., and*
*Redfield RL, L.L.C., dba Royal Links Golf*
*Course*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JODY NIEMANN,<br><br>Plaintiff,<br><br>vs.<br><br>SGGOAKS ROYAL LINKS, LLC, dba ROYAL LINKS GOLF COURSE, a foreign limited-liability company; SCOTTSDALE GOLF GROUP, INC., a foreign corporation; REDFIELD RL, L.L.C., dba ROYAL LINKS GOLF COURSE, a foreign limited liability company,<br><br>Defendants. | CASE NO. 2:19-cv-00001-APG-PAL |

## **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JODY NIEMANN, by and through her counsel of record, Melanie A. Hill, Esq. of Melanie Hill Law PLLC and Defendants, SGGOAKS ROYAL LINKS, LLC, dba ROYAL LINKS GOLF COURSE, SCOTTSDALE GOLF GROUP, INC, and REDFIELD RL, LLC., dba ROYAL LINKS GOLF COURSE (collectively referenced as "Defendants" hereafter), by and through its attorneys Matthew T. Dushoff, Esq. and Jennifer L. Micheli, Esq. of the law

firm KOLESAR & LEATHAM, have stipulated to the dismissal of Defendants from the above caption action, with prejudice. Each party will bear its own fees and costs.

DATED this 12th day of August, 2019.     DATED this 12th day of August, 2019.

**KOLESAR & LEATHAM**     **MELANIE HILL LAW PLLC**

By: *Matthew T. Dushoff, Esq.*     By: *Melanie A. Hill, Esq.*
MATTHEW T. DUSHOFF, ESQ.     MELANIE A. HILL, ESQ.
Nevada Bar No. 004975     Nevada Bar No. 008796
JENNIFER L. MICHELI, ESQ.     520 S. 7th Street, Suite A
Nevada Bar No. 011210     Las Vegas, Nevada 89101
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

*Attorneys for Plaintiff*

*Attorneys for Defendants
SGGOAKS Royal Links, LLC, dba Royal Links Golf Course, Scottsdale Golf Group, Inc., and Redfield RL, L.L.C., dba Royal Links Golf Course*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: August 12, 2019.